Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN RONN, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD., *et al.,*<br><br>Defendant. | Case No.: 2:22-cv-01299-MEMF-AFM<br>*Hon. Maame Ewusi-Mensah Frimpong Presiding*<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiffs Robin Ronn, Spencer Valdez, and Christopher Jenkins hereby dismiss this action, with prejudice and with all parties bearing their own fees and costs, pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i). Per the aforementioned statute, no court order is required in connection with this notice of dismissal.

Respectfully submitted,

Dated: December 16, 2022   By:   /s/ *Frank R. Trechsel*
Scott Alan Burroughs, Esq.
Frank R. Trechsel, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff